UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**LIBERTARIAN PARTY OF CONNECTICUT**         CA NO _____
**HAROLD HARRIS**
**DANIEL REALE**

**VS**

**DENISE MERRILL, SECRETARY OF STATE**
**NED LAMONT, GOVERNOR OF CONNECTICUT**

### MOTION FOR TEMPORARY RESTRAINING ORDER

The undersigned Plaintiffs hereby apply, pursuant to Rule 65, for a temporary restraining order, stating:

1. This matter has been initiated with a Verified Complaint, and concerns profound liberty interests of the Plaintiff having been denied by Defendant Governor Lamont under color of law, and then further and openly and notoriously denied by subsequent orders seeking to deny the Plaintiffs access to the State Courts, even remotely or telephonically, so that critical elections matters pertaining to those Liberty Interests will not be heard.

2. The Plaintiffs have made numerous efforts over the past four months to ascertain any possible resolution concerning the underlying matters complained of in this case and the state matter which the Defendant has unconstitutionally denied them access to the State Courts to resolve (Misbach v Merril, HHD-CV19-6118097-S). The Court is respectfully asked to take judicial

1

notice of the original verified complaint filed there, along with Entry Nos 120.00 and 121.00, the application for temporary injunction filed there.

  3. The Plaintiffs have more than exhausted all attempts to reach an accord or even ascertain the Defendants' position as to a temporary restraining order, though a letter authored by Defendant Merrill, filed herewith as Exhibit A, was made known to Plaintiff Reale and transmitted to him by a member of the Green Party of Connecticut, essentially adopting the Plaintiffs' position that they should not be forced to circulate ballot petitions when it has become impossible to do so as a consequence of the Defendant's executive orders and in light of COVID-19's health risks to Plaintiff Libertarian Party of Connecticut's elderly candidates and volunteers. The last attempts at communication were made March 24, 2020 by email to counsel for the Defendants, and by letter on March 26, 2020 (Exhibit C) via regular mail, to which no response has taken an ascertainable position of any kind, though the Defendant's office has generically acknowledged receiving it (Exhibit D). In full disclosure to this Court, communication with the State's counsel to the State matter appears to have broken down after many months of non-responsiveness (Exhibit E) and after the State Court issued a show cause order for counsel's failure to attend the December status conference hearing, which would have expedited possible resolution (Exhibit F).

  4. Defendant Lamont, by executive fiat, has suspended all requirements that civil process in this State be served by marshal timely.

  5. The actions of the Defendants sought to be enjoined, the requirement of

physical collection of petitioning signatures, runs counter to the State policy of the Defendants themselves, advising, among other things: (1) social distancing of six or more feet between people; (2) Defendant Lamont's executive order that no more than five people be gathered at any one place; and (3) constant cleaning and sanitizing of surfaces which people come into contact with.

6. The Plaintiffs therefore respectfully request, as a consequence of the facts established and set forth in the allied record demonstrating that they are likely to suffer irreparable harm for which no adequate remedy at law exists, a Temporary Restraining Order, as follows:

A. That the Defendants be ordered to place any candidate for the Libertarian Party line on the ballot the Libertarian Party of Connecticut reports as their nominee for the November 2020 General Election, so as to prevent any petitioners from becoming infected by or transmitting COVID-19; and

B. That the Defendants be ordered to cease and desist from taking actions to deny the Plaintiffs from access to their rights and remedies sought by State Court, and they be enjoined from preventing the Superior Court from taking any action to remotely or telephonically proceed to resolve any remaining matters in that Action (Misbach v Merril, HHD-CV19-6118097-S).

Dated this 4th Day of April, at Plainfield

THE PLAINTIFFS:

| LIBERTARIAN PARTY OF CONNECTICUT<br>HAROLD HARRIS | DANIEL REALE |
|---|---|
| /s/ 411570<br>Edward Bona<br>PO Box 13<br>Plainfield, CT 06374<br>(860) 889-5930<br>edward-bona@comcast.net | /s/ Dan Reale<br>Daniel Reale<br>20 Dougherty Ave<br>Plainfield, CT 06374<br>(860) 377-8047<br>headlinecopy@gmail.com |