

### State of Connecticut
**GENERAL ASSEMBLY**
STATE CAPITOL
300 CAPITOL AVENUE
HARTFORD, CONNECTICUT 06106-1591

May 4, 2020

The Honorable William Tong
Attorney General State of Connecticut
165 Capitol Ave, 5th Floor
Hartford, CT 06106

      Re.    Election Law Litigation: Libertarian Party of Connecticut, et al. v. Merrill, et al.,
             United States District Court for the District of Connecticut, No 3:20-cv-00467

Attorney General Tong:

As we understand it, your office requested a two-week extension at the April 20, 2020, status conference in order to work through issues and address ballot access holistically for all political parties and the candidates. Accordingly, the above-referenced case is on the docket for a telephonic status conference today for your office to report on a possible resolution. Although we are not a party to this case, it is widely accepted that the power to regulate elections is generally within the purview of the legislature and, as such, it is incumbent upon us, as the elected leaders of the legislature, to be part of any remedy that is fashioned.

Without prejudice to our position that the current law is defendable, the leaders have discussed this matter and believe that there are multiple paths to consider. We are examining a reduction in the amount of signatures and/or a petition process that uses newer technology and is conducive to the current environment. We are also reviewing how other states have addressed this situation as we investigate a solution.

We understand the sensitivity with time and believe a week extension would be beneficial for a meaningful proposal or resolution. If you agree, we would like a conference call early this week that would allow us, the legislative leaders, to better understand your perspective on the litigation and the potential outcomes, consequences, and remedies.

Sincerely,

Senator Martin M. Looney
Senate President Pro Tempore

Representative Joe Aresimowicz
Speaker of the House

Senator Bob Duff
Senate Majority Leader

Representative Matt Ritter
House Majority Leader

Senator Len Fasano
Senate Republican Leader

Representative Themis Klarides
House Republican Leader

Printed on recycled paper