UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LIBERTARIAN PARTY OF CONNECTICUT** ) | CIVIL ACTION NO. | |
| **HAROLD HARRIS** ) | 3:20-CV-00467 (JCH) | |
| **DANIEL REALE** ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| **DENISE MERRILL, SECRETARY OF STATE** ) | | |
| **NED LAMONT, GOVERNOR OF** ) | | |
| **CONNECTICUT** ) | May 11, 2020 | |

### MOTION TO INTERVENE AS PLAINTIFFS
### BY INDEPENDENT PARTY AND MICHAEL TELESCA

The Independent Party (IP) and Michael Telesca move that they be allowed to intervene as plaintiffs on counts two and three of the pending complaint, Fed. R. Civ. P. 24, on the grounds that their interests as a minor political party and a registered voter are similar to those of the plaintiffs in this case, their rights will necessarily be affected any resolution of this case, and intervention can be accomplished without delaying the proceedings or unfairly prejudicing any party's interests. The undersigned inquired of the parties on May 8, 2020, to determine their position on this motion. Plaintiffs consent to its being granted. Counsel for defendants was unable to provide the state's position at the time of the inquiry. A memorandum accompanies this motion.

THE PLAINTIFF,

By_____/s/_____
William M. Bloss
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Juris No. ct01008
TEL: 203-336-4421
Fax: 203-368-3244
Email: bbloss@koskoff.com

=

**CERTIFICATION**

This is to certify that on the 11th day of May, 2020, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the District of Connecticut's Local Rules, and/or the District of Connecticut's rules on Electronic Service upon the following parties and participants:

Edward Bona
PO Box 13
Plainfield, CT 06374
(860) 889-5930
Edward-bona@comcast.net

Dan Reale
20 Dougherty Ave
Plainfield, CT 06374
(860) 377-8047
headlinecopy@gmail.com

Maura Murphy Osborne
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06106
860-808-5020
Maura.murphyosborne@ct.gov

_____/s/_____
William M. Bloss