UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**LIBERTARIAN PARTY OF CONNECTICUT**      CA NO 3:20-cv-00467
**HAROLD HARRIS**
**DANIEL REALE**

**VS**

MAY 12 2020 AM 11:50
FILED-USDC-CT-HARTFORD

**DENISE MERRILL, SECRETARY OF STATE**
**NED LAMONT, GOVERNOR OF CONNECTICUT**

**REQUEST FOR ELECTRONIC FILING ACCESS AND NOTICE**

The Plaintiff, Daniel Reale, requests that the Court grant him electronic filing access using the email address below, and filing priviledges through PACER.

Dated this 9th Day of May, at Plainfield

THE PLAINTIFF:
DANIEL REALE

/s/ Dan Reale
Daniel Reale
20 Dougherty Ave
Plainfield, CT 06374
(860) 377-8047
headlinecopy@gmail.com

**CERTIFICATE OF SERVICE**

We hereby certify that a copy of the foregoing and its exhibits in support were transmitted, via ECF to counsel for the Defendants Maura Murphy Osborne via Maura.MurphyOsborne@ct.gov, Alma Nunley via Alma.Nunley@ct.gov and Edward Bona via edward-bona@comcast.net upon its filing via PACER's ECF system.

A copy of the foregoing was also transmitted via first class mail, postage prepaid, to:
Kyle Kenley Kopitke
1506N. Grand Traverse
Flint, MI 48503

/s/ Dan Reale
Daniel Reale

1

Daniel Reale
20 Dougherty Ave
Plainfield, CT 06374

United States District Court
District for Connecticut
Clerk of the Court
450 Main Street
Hartford, CT 06103