UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LIBERTARIAN PARTY OF CONNECTICUT ET AL.,** | ) ) ) ) | CIVIL ACTION NO. 3:20-CV-00467 (JCH) |
| v. | ) ) | |
| **DENISE MERRILL, SECRETARY OF STATE NED LAMONT, GOVERNOR OF CONNECTICUT** | ) ) ) ) | May 19, 2020 |

### MOTION FOR PRELIMINARY INJUNCTION
### BY INDEPENDENT PARTY AND MICHAEL TELESCA

Pursuant to Fed. R. Civ. P. 65(a), intervening plaintiffs Independent Party of Connecticut and Michael Telesca move that the Court enter a preliminary injunction ordering that defendants accept nominations of endorsed candidates from the Independent Party of Connecticut consistent with its by-laws, preclude them from relying on petition signatures in any form for access to the ballot, and for such other relief to which plaintiffs may be entitled.  A memorandum of law with exhibits accompanies this motion.

THE PLAINTIFF,

By_____/s/_____
William M. Bloss
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Juris No. ct01008
TEL: 203-336-4421
Fax: 203-368-3244
Email: bbloss@koskoff.com

**CERTIFICATION**

This is to certify that on the 19th day of May, 2020, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the District of Connecticut's Local Rules, and/or the District of Connecticut's rules on Electronic Service upon the following parties and participants:

Edward Bona
PO Box 13
Plainfield, CT 06374
(860) 889-5930
Edward-bona@comcast.net

Dan Reale
20 Dougherty Ave
Plainfield, CT 06374
(860) 377-8047
headlinecopy@gmail.com

Kyle Kenley Kopike
1506 N. Grand Traverse
Flint, MI 48503

Alma Rose Nunley
Office of the Attorney General
165 Capitol Ave
Hartford, CT 06106
Alma.nunley@ct.gov

Maura Murphy Osborne
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06106
Maura.murphyosborne@ct.gov

                                                         _____/s/_____
                                                             William M. Bloss