UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LIBERTARIAN PARTY OF CONNECTICUT** | ) | CIVIL ACTION NO. |
| **HAROLD HARRIS** | ) | 3:20-CV-00467 (JCH) |
| **DANIEL REALE** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DENISE MERRILL, SECRETARY OF STATE** | ) | |
| **NED LAMONT, GOVERNOR OF** | ) | |
| **CONNECTICUT** | ) | May 27, 2020 |
| | ) | |

## MOTION FOR DISCOVERY CONFERENCE

The Independent Party (IP) and Michael Telesca move that the Court schedule a discovery conference to consider the question of what discovery the state defendants should produce prior to a hearing in this case. Fed. R. Civ. P. 16(a). The Court may order expedited discovery in the context of a preliminary injunction hearing if the movant demonstrates that the requests are "reasonable" and there is "good cause" for the discovery. *Merrill Lynch, Pierce, Fenner & Smith, Inc. v. O'Connor*, 194 F.R.D. 618, 623-24 (N.D. Ill. 2000) ("it makes sense to examine the discovery request . . . on the entirety of the record to date and the *reasonableness* of the request in light of all the surrounding circumstances"); *Ayyash v. Bank Al-Madina*, 233 F.R.D. 325, 327 (S.D.N.Y. July 8, 2005) (Lynch, J.); *see also Stern v. Cosby*, 246 F.R.D. 453, 457 (S.D.N.Y. Nov. 6, 2007) (Chin, J.).

On May 22, 2020, these plaintiffs forwarded the attached requests for production to the state defendants as a point for discussion. To date, the state defendants have not agreed to provide any discovery. Accordingly, the intervening plaintiffs request that the Court schedule a

discovery conference to discuss reasonable discovery prior to a hearing on the merits of this action.

Further, in light of the state's recent filing it seems clear that an evidentiary hearing on the motion for preliminary injunction will be required; accordingly, it may be productive to discuss the parameters of that as well.

THE PLAINTIFF,

By_____/s/_____
William M. Bloss
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Juris No. ct01008
TEL: 203-336-4421
Fax: 203-368-3244
Email: bbloss@koskoff.com

**CERTIFICATION**

      This is to certify that on the 27th day of May, 2020, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the District of Connecticut's Local Rules, and/or the District of Connecticut's rules on Electronic Service upon the following parties and participants:

Edward Bona
PO Box 13
Plainfield, CT 06374
(860) 889-5930
Edward-bona@comcast.net

Dan Reale
20 Dougherty Ave
Plainfield, CT 06374
(860) 377-8047
headlinecopy@gmail.com

Kyle Kenley Kopike
1506 N. Grand Traverse
Flint, MI 48503

Alma Rose Nunley
Office of the Attorney General
165 Capitol Ave
Hartford, CT 06106
Alma.nunley@ct.gov

Maura Murphy Osborne
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06106
Maura.murphyosborne@ct.gov


                                                    _____/s/_____
                                                         William M. Bloss

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIBERTARIAN PARTY OF CONNECTICUT ET AL., ) ) ) | CIVIL ACTION NO. 3:20-CV-00467 (JCH) |
| v. ) ) ) | |
| DENISE MERRILL, SECRETARY OF STATE ) NED LAMONT, GOVERNOR OF ) CONNECTICUT ) ) | May 27, 2020 |

**REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Fed. R. Civ. P. 34, intervening plaintiffs Independent Party of Connecticut and Michael Telesca request that the defendants produce the following documents or tangible things:

1. All documents concerning consideration of or analysis of the burden on petitioning candidates of gathering petition signatures under the procedures allowed in Executive Order 7LL.

2. All documents concerning consideration of using software designed to allow electronic signatures on petition forms during 2020, including communications with vendors of such software.

3. All communications between the defendants or their staffs concerning Secretary Merrill's March 28, 2020 memorandum or the subject of ballot access for minor parties or for primary candidates for the 2020 election cycle.

4. All communications between either defendant and the Speaker of the House, House minority leader, Senate president pro tempore, Senate minority leader, or their staffs,

1

concerning Secretary Merrill's March 28, 2020, memorandum or the subject of ballot access for minor parties or for primary candidates for the 2020 election cycle.

        THE PLAINTIFF,

By_____/s/_____
William M. Bloss
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Juris No. ct01008
TEL: 203-336-4421
Fax: 203-368-3244
Email: bbloss@koskoff.com

## **CERTIFICATION**

This is to certify that on the 27th day of May, 2020, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the District of Connecticut's Local Rules, and/or the District of Connecticut's rules on Electronic Service upon the following parties and participants:

Edward Bona
PO Box 13
Plainfield, CT 06374
(860) 889-5930
Edward-bona@comcast.net

Dan Reale
20 Dougherty Ave
Plainfield, CT 06374
(860) 377-8047
headlinecopy@gmail.com

Kyle Kenley Kopike
1506 N. Grand Traverse
Flint, MI 48503

Alma Rose Nunley
Office of the Attorney General
165 Capitol Ave
Hartford, CT 06106
Alma.nunley@ct.gov

Maura Murphy Osborne
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06106
Maura.murphyosborne@ct.gov

_____/s/_____
William M. Bloss