UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LIBERTARIAN PARTY OF CONNECTICUT, et al. | : | CIVIL ACTION NO. 3:20-cv-00467(JCH) |
| | : | |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| DENISE MERRILL, SECRETARY OF THE STATE, and NED LAMONT, GOVERNOR OF CONNECTICUT | : | |
| *Defendants* | : | JUNE 17, 2020 |

**DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE**

Defendants Secretary of the State Denise Merrill and Governor Ned Lamont (collectively "the Defendants") hereby oppose the motion to intervene, ECF No. 54, recently filed by the Green Party of Connecticut (GPCT), Justin Paglino, and Patricia Kane, ("proposed intervenors"). Defendants register this objection because, while they do not object to the participation of the proposed intervenors in principle, the proposed intervenors late intervention on the eve of the preliminary injunction hearing in this matter risks prejudice to the Defendants and a delay of this Court's anticipated ruling, which this Court indicated would be issued near the end of June 2020.

This matter has been pending for nearly three months. *See* Complaint, ECF No. 1, dated April 4, 2020, and briefing concluded over two weeks ago on June 1, 2020. Other intervenors, including one who resides outside Connecticut, sought intervention in early May to which Defendants did not object. Defendants would have consented to the proposed intervenor's intervention as well had it been sought in a timely manner and did not disturb the briefing and hearing schedule. As it stands, however, the proposed intervenors are requesting to file a brief,

motion and memoranda on the date of the hearing in this matter, June 22, 2020. Defendants cannot adequately assess whether the proposed intervenors involvement will substantially alter the hearing by interjecting new legal arguments or materially different evidence because the proposed intervenors did not submit a proposed complaint or any declarations with their motion to intervene. Consequently, Defendants cannot assess what, if any, response to the proposed intervenors would be required at the hearing or afterward with new responsive briefing or declarations. Moreover, undersigned counsel have personal obligations this coming weekend that will make preparing an adequate response before the Monday morning hearing challenging. Consequently, Defendants cannot agree that intervention is appropriate at this time.

 Defendants oppose this motion because it is untimely, without a demonstration of good cause, or any reason, for the delay in moving to intervene, it disturbs the scheduling order and risks prejudice to Defendants' ability to defend against new claims and evidence on the eve of a hearing and before the Court's anticipated deadline of issuing a ruling in June 2020.

 Respectfully Submitted,

 DEFENDANTS
 DENISE MERRILL,
 SECRETARY OF THE STATE, and
 NED LAMONT,
 GOVERNOR

 WILLIAM TONG
 ATTORNEY GENERAL

 BY: */s/ Maura Murphy Osborne*
 Maura Murphy Osborne
 Alma R. Nunley
 Assistant Attorneys General
 Federal Bar No. ct19987
 Federal Bar No. ct30610
 165 Capitol Ave., 5th Floor
 Hartford, CT  06106
 Tel: (860) 808-5020
 Fax: (860) 808-5347
 Maura.MurphyOsborne@ct.gov

## **CERTIFICATION**

I hereby certify that on June 17, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. A copy of the foregoing was also emailed to self-represented parties listed below. Parties may access this filing through the Court's system.

Kyle Kenley Kopitke
1506 N. Grand Traverse
Flint, MI 48503
kylekopitke@gmail.com

Daniel Reale
20 Dougherty Ave
Plainfield, CT 06374 Plainfield, CT 06374
(860) 377-8047
headlinecopy@gmail.com

>                     */s/ Maura Murphy Osborne*
>                     Assistant Attorney General