UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**LIBERTARIAN PARTY OF CONNECTICUT**      CA NO 3:20-cv-00467
**HAROLD HARRIS**
**DANIEL REALE**

VS

**DENISE MERRILL, SECRETARY OF STATE**
**NED LAMONT, GOVERNOR OF CONNECTICUT**

### PLAINTIFFS' LIBERTARIAN PARTY OF CONNECTICUT, HARROLD HARRIS AND DANIEL REALE'S MEMORANDUM IN SUPPORT OF PROPOSED INTERVENOR PLAINTIFF GREEN PARTY'S MOTION TO INTERVENE

The undersigned Plaintiffs respectfully submit that the Green Party's motion to intervene ought to be granted, stating as follows:

1. The Green Party is very similarly situated to the Libertarian Party in that it regularly runs candidates for federal office. It must mount a ballot drive for Presidential Ballot Access. It must engage in all of the comprehensive steps and processes set forth and described in the Libertarian Party's filings to initiate the ballot access machinery.

2. The Green Party has been subject to the same obstacles, failures to act and delays interposed by the Defendants. Like the Libertarian Party, it has been beset by surprise, delay and logistical frustrations purposefully interposed by the Defendants, who had no notice whatsoever that they intended to implement anything like Executive Order 7LL. Plaintiff Reale

1

submits that, in his contacts with the Green Party, they had some dialogue with Defendant Merrill, who, as the Court knows and has noted, was of the opinion all issues could be resolved as they ought to be by simply allowing all parties on to the ballot without requiring petitions.

3. As the Court is aware, the Defendants bought several weeks by interposing representations that settlement might be possible, and then sought to buy additional time in the form of introducing a letter penned by six (6) non-party individuals who were the leaders in the General Assembly, the basis of which counsel for the Independent Party correctly sought to explore and probe.

4. This case only arrived in federal court because Defendant Lamont willfully, intentionally and knowingly locked the undersigned Plaintiffs out of an already existing State Court Action, which would have otherwise resolved the common questions which the Green Party has now been forced to seek adjudication of. That State Court Action was pending since last year.

5. At any time, Defendant Lamont could reconcile with the position of Defendant Merrill simply by ordering that all minor parties be placed on the ballot without requiring ballot petitions.

In essence, the Defendants cannot continue to keep changing the factual and procedural landscape as a means of denying the Plaintiffs, existing

and proposed, the ability to even act or contemplate engaging the machinery to obtain judicial relief. The Defendants cannot claim prejudice when they in fact are the cause for the delay they complain of.

Accordingly, the Green Party should be allowed to intervene and the opportunity to join argument on the 22nd, and to either supplement the record for common facts not apparent or indicate that they join in one or more of the arguments and briefs already existing on record.

Dated this 17th Day of June, at Plainfield

| THE PLAINTIFFS: | |
|---|---|
| LIBERTARIAN PARTY OF CONNECTICUT | DANIEL REALE |
| HAROLD HARRIS | |
| /s/ Edward Bona | /s/ Dan Reale |
| Edward Bona | Daniel Reale |
| PO Box 13 | 20 Dougherty Ave |
| Plainfield, CT 06374 | Plainfield, CT 06374 |
| (860) 889-5930 | (860) 377-8047 |
| edward-bona@comcast.net | headlinecopy@gmail.com |

CERTIFICATE OF SERVICE

We hereby certify that a copy of the foregoing and its exhibits in support were transmitted, via ECF to counsel for the Defendants Maura Murphy Osborne via Maura.MurphyOsborne@ct.gov, Alma Nunley via Alma.Nunley@ct.gov and Bill Bloss via BBloss@koskoff.com upon its filing via PACER's ECF system.

A copy of the foregoing was also transmitted via email to:

Kyle Kenley Kopitke via kylekopitke@gmail.com

Peter Goseline via pdgoselin@gmail.com

| /s/ Edward Bona | /s/ Dan Reale |
|---|---|
| Edward Bona | Daniel Reale |