UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**LIBERTARIAN PARTY OF CONNECTICUT**  CA NO 3:20-cv-00467
**HAROLD HARRIS**
**DANIEL REALE**

**VS**

JUL 9 2020 PM 12:38
FILED-USDC-CT-NEW.HAVEN

**DENISE MERRILL, SECRETARY OF STATE**
**NED LAMONT, GOVERNOR OF CONNECTICUT**

## NOTICE OF APPEAL

The undersigned Plaintiffs hereby file their notice of appeal of the Hon. Janet Hall's Order (Doc. 66) denying their motion for temporary injunction (Docs 2, 12) entered June 27, 2020, to the United States Court of Appeals for the Second Circuit.

Dated this 5th Day of July, 2020, at Plainfield

THE PLAINTIFFS:
LIBERTARIAN PARTY OF CONNECTICUT         DANIEL REALE
HAROLD HARRIS

/s/ Edward Bona                          /s/ Dan Reale
Edward Bona                              Daniel Reale
PO Box 13                                20 Dougherty Ave
Plainfield, CT 06374                     Plainfield, CT 06374
(860) 889-5930                           (860) 377-8047
edward-bona@comcast.net                  headlinecopy@gmail.com

1

CERTIFICATE OF SERVICE

We hereby certify that a copy of the foregoing and its exhibits in support were transmitted, via ECF to counsel for the Defendants Maura Murphy Osborne via Maura.MurphyOsborne@ct.gov, Alma Nunley via Alma.Nunley@ct.gov, Bill Bloss via Bbloss@koskoff.com, and Peter Goselin via pdgoselin@gmail.com upon its filing via PACER's ECF system.

A copy of the foregoing was also transmitted via first class mail, postage prepaid, to:

| | |
|---|---|
| Kyle Kenley Kopitke<br>1506N. Grand Traverse<br>Flint, MI 48503 | Ethan Alcorn<br>492 Boom Road<br>Saco, ME 04072 |
| /s/ Edward Bona<br>Edward Bona | /s/ Dan Reale<br>Daniel Reale |

2