**MANDATE**



## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of October, two thousand twenty.

Present: Ralph K. Winter,
John M. Walker, Jr.,
Steven J. Menashi,
*Circuit Judges.*

_____

Libertarian Party of Connecticut, Harold Harris,
and Daniel Reale,

      *Plaintiffs-Appellants*,       **ORDER**

      v.       No. 20-2179

Ned Lamont, Governor of Connecticut,
and Denise Merrill, Secretary of State of Connecticut

      *Defendants-Appellees*.*

_____

Appellant Daniel Reale moves to expedite consideration of this appeal, set for oral argument on Tuesday, October 13, 2020. **IT IS HEREBY ORDERED** that the motion to expedite is **GRANTED** and oral argument is **ADJOURNED**. The order of the district court is **AFFIRMED**. An opinion will be forthcoming.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

---

* The Clerk of Court is directed to amend the caption as above.

**MANDATE ISSUED ON 11/05/2020**