## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LIBERTARIAN PARTY OF CONNECTICUT | ) | CIVIL ACTION NO. |
| HAROLD HARRIS | ) | 3:20-CV-00467 (JCH) |
| DANIEL REALE | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| DENISE MERRILL, SECRETARY OF STATE | ) |  |
| NED LAMONT, GOVERNOR OF | ) |  |
| CONNECTICUT | ) | March 4, 2021 |

### PLAINTIFF'S MOTION FOR DISMISSAL OF THE ACTION

Pursuant to Fed.R.Civ.P. 41(a)(2), the plaintiff, the Green Party of Connecticut, respectfully requests that the Court enter an order dismissing the plaintiff's action, with prejudice and without an award of fees or costs to any party.

Plaintiff's counsel has consulted with defendants' counsel, who has stated that the defendants do not object to the granting of this motion.

RESPECTFULLY SUBMITTED,
FOR THE PLAINTIFF

_/ s /  Peter Goselin ct06074_
The Law Office of Peter Goselin
557 Prospect Avenue, 2nd Floor
Hartford, Connecticut 06105
Tel. 860-580-9675
Fax 860-471-8133
pdgoselin@gmail.com

## CERTIFICATION

I hereby certify that on March 4, 2021, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

_/ s /  Peter Goselin_