UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LIBERTARIAN PARTY OF CONNECTICUT** ) <br> **HAROLD HARRIS** ) <br> **DANIEL REALE** ) <br> ) <br> v. ) <br> ) <br> **DENISE MERRILL, SECRETARY OF STATE** ) <br> **NED LAMONT, GOVERNOR OF** ) <br> **CONNECTICUT** ) <br> ) | CIVIL ACTION NO. <br> 3:20-CV-00467 (JCH) <br><br><br><br><br><br><br> March 8, 2021 |

## MOTION TO DISMISS

The Independent Party (IP) and Michael Telesca move that the Court dismiss their claims raised in their complaint as intervening plaintiffs, ECF No. 41, without costs. Fed. R. Civ. P. 41(a)(2).

                                                THE PLAINTIFF,

                                                By_____/s/_____
                                                William M. Bloss
                                                Koskoff, Koskoff & Bieder, P.C.
                                                350 Fairfield Avenue
                                                Bridgeport, CT 06604
                                                Juris No. ct01008
                                                TEL: 203-336-4421
                                                Fax: 203-368-3244
                                                Email: bbloss@koskoff.com

=

**CERTIFICATION**

This is to certify that on the 8th day of March 2021, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the District of Connecticut's Local Rules, and/or the District of Connecticut's rules on Electronic Service upon the following parties and participants:

Edward Bona
PO Box 13
Plainfield, CT 06374
(860) 889-5930
Edward-bona@comcast.net

Dan Reale
20 Dougherty Ave
Plainfield, CT 06374
(860) 377-8047
headlinecopy@gmail.com

Kyle Kenley Kopike
1506 N. Grand Traverse
Flint, MI 48503

Alma Rose Nunley
Office of the Attorney General
165 Capitol Ave
Hartford, CT 06106
Alma.nunley@ct.gov

Maura Murphy Osborne
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06106
Maura.murphyosborne@ct.gov

_____/s/_____
William M. Bloss
