UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

LIBERTARIAN PARTY OF CONNECTICUT            CA NO 3:20-cv-00467

HAROLD HARRIS

DANIEL REALE

      PLAINTIFFS

DENISE MERRILL,

SECRETARY OF STATE

NED LAMONT,

GOVERNOR OF CONNECTICUT

      **PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(2), the Plaintiffs jointly move that the Court dismiss their Complaint without prejudice. The Defendants consent to this request.

| THE PLAINTIFFS: | |
|---|---|
| LIBERTARIAN PARTY OF CONNECTICUT<br>HAROLD HARRIS | DANIEL REALE |
| /s/ct20887<br>Edward Bona<br>PO Box 13<br>Plainfield, CT 06374<br>(860) 889-5930<br>edward-bona@comcast.net | /s/ Dan Reale<br>Daniel Reale<br>20 Dougherty Ave<br>Plainfield, CT 06374<br>(860) 377-8047<br>headlinecopy@gmail.com |

CERTIFICATE OF SERVICE

We hereby certify that a copy of the foregoing was transmitted, via ECF to counsel for the Defendants Maura Murphy Osborne via Maura.MurphyOsborne@ct.gov and Alma Nunley via Alma.Nunley@ct.gov upon its filing via PACER's ECF system.

| /s/ Edward Bona | /s/ Dan Reale |
|---|---|
| Edward Bona | Daniel Reale |