3:20 -cv-00467-JCH Libertarian
Party of Connecticut et al v Lamont et al
US District Court
CT.

Ethan Alcorn, Pro se.
492 Boom Rd.
Saco, Maine

APR 19 2021 PM 1:00
FILED-USDC-CT-NEW HAVEN

4/14/21

Court-
Please dismiss my case. Thank you very much.

Sincerely,

Ethan Alcorn

*Notice has been emailed to:*

William M. Bloss    bbloss@koskoff.com, arios@koskoff.com, ptedesco@koskoff.com,

voneill@koskoff.com

Peter D. Goselin    pdgoselin@gmail.com

Maura Murphy-Osborne    maura.murphyosborne@ct.gov

Edward E. Bona    edward-bona@comcast.net

Alma Rose Nunley    alma.nunley@ct.gov

*And U.S.P.S. mailed to :*

Daniel Reale
20 Dougherty Ave.
Plainfield, CT 06374

Kyle Kenley Kopitke
1506 N. Grand Traverse
Flint, MI 48503



E. WH
49 & Boom Rd.
Saco, Me 04072,

SO. MAINE P&DC 041
15 APR 2021 PM 3 L

US District Ct.
141 Church St.
New Haven, CT.
06510

06510-207899